UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ZANABA MANET,

    Petitioner,

v.                                       Case No. 4:21cv98-MW-HTC

ERICA STRONG,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

Petitioner Zanaba Manet initiated this action by filing a petition under 28 U.S.C. § 2241 seeking an order directing the Federal Bureau of Prisons to calculate and apply her earned time and good time credits under the First Step Act of 2018. ECF Doc. 1 at 7.  Petitioner was granted indigency status, but because she had at least $5.00 in her inmate trust account, the Court ordered Petitioner to pay the $5.00 filing fee and to submit three service copies of her petition by May 3, 2021.  ECF Doc. 6.  Petitioner, however, did not do so and also did not comply with a show-cause order issued on May 12, 2021.  ECF Doc. 7.  Therefore, the undersigned recommends this petition be dismissed for failure to prosecute and failure to follow orders of the Court.

Additionally, based on the Court's independent query, it appears Petitioner has been released from Tallahassee FCI, where she was imprisoned when she filed

suit, to a residential re-entry center in Miami. *See* https://www.bop.gov/inmateloc/. Thus, Petitioner may no longer be interested in proceeding with this petition. Nonetheless, and out of an abundance of caution, the Court entered a show cause order on May 12, 2021, directing Petitioner to show cause why this action should not be dismissed and giving Petitioner another fourteen (14) days to pay her filing fee, submit the requisite copies, and file a notice of change of address with the Court. ECF Doc. 7. The clerk sent the show-cause order to the residential reentry facility, but Petitioner has not responded in any way and the order was <u>not</u> returned as undeliverable.

Accordingly, it is respectfully RECOMMENDED that:

1.   This case be DISMISSED WITHOUT PREJUDICE for Petitioner's failure to prosecute and failure to comply with Court orders.

2.   The clerk be directed to close the file.

At Pensacola, Florida, this 7th day of June, 2021.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and**

**recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:21cv98-MW-HTC