IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ZANABA MANET,

    *Petitioner*,

v.                                          Case No.: 4:21cv98-MW/HTC

ERICA STRONG,

    *Respondent.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation, ECF No. 8, is **accepted and adopted** as this Court's opinion. The Clerk is directed to enter judgment stating, "Petitioner's case

---

[1] This Court has received notice that mail containing the Magistrate Judge's Report and Recommendation was returned as undeliverable on July 1, 2021, and July 22, 2021. ECF Nos. 9 & 10. However, Petitioner has an independent obligation to keep this Court apprised of her mailing address, which she has not done in this case. '

is **DISMISSED without prejudice** for failure to prosecute and failure to comply with Court orders." The Clerk shall close the file.

**SO ORDERED on August 10, 2021.**

s/Mark E. Walker
**Chief United States District Judge**
